UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Sammy G's District 70 BBQ & Grill, LLC,** | § | Case No. 25-34839 |
| Debtor | § | Chapter 11, Subchapter V |
| | § | |

**NOTICE OF ENTRY OF CONFIRMATION ORDER AND EFFECTIVE DATE,
AND OTHER MATTERS**

To All Creditors, Interest Holders, and Other Parties in Interest:

PLEASE TAKE NOTICE that on February 9, 2026, the Plan of Reorganization Under Subchapter V Chapter 11 of Sammy G's District 70 BBQ & Grill, LLC was confirmed.

The Effective Date of the Plan is February 23, 2026.

Any creditor with a claim arising from the rejection of an executory contract or unexpired lease must submit its claim no later than March 11, 2026.

Dated: February 11, 2026

Respectfully submitted,

*/s/ Reese W. Baker*
Reese W. Baker
Texas Bar No. 01587700
Nikie Marie López-Pagán
Texas Bar No. 24090233
Baker & Associates
950 Echo Lane Suite 300
Houston, TX 77024
Telephone: (713) 979-2279
Fax: (713) 869-9100
courtdocs@bakerassociates.net
ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I certify that on or about February 11, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas including the United States Trustee. The parties receiving electronic notice are as follows.

Thomas A Howley
tom@howley-law.com, thowley@ecf.axosfs.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

I further certify that on or about February 11, 2026, I caused a copy of the foregoing document to be served by U.S. Mail, first class postage prepaid, on all parties listed on the attached mailing matrix.

*/s/ Reese W. Baker*
Reese W. Baker